IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Matthew S. Bish

Case No. 1-25-03377
Chapter 13

MOTION TO EXTEND TIME
FOR FILING ALL REMAINING DOCUMENTS

AND NOW, this 9th day of December, 2025, comes the above Debtor, by her counsel, Brent C. Diefenderfer, Esquire and CGA Law Firm, and files the within Motion averring that:

1. The within Motion is brought pursuant to Bankruptcy Rule 1007 in that it seeks to extend the time in which the Debtor must file all remaining documents.

2. The above-captioned case is a voluntary Chapter 13 petition, which was filed as an emergency on November 25, 2025.

3. Due to the expedited and hurried nature in which this petition was filed, and due to gathering all information to complete this filing, there is insufficient time for the Debtor to gather all necessary information and to complete all remaining documents by the due date.

4. The Debtor requests an extension of thirty (30) days to file all remaining documents.

WHEREFORE, the Debtor requests an extension of time of thirty (30) days in which to file all remaining documents to accompany his bankruptcy petition.

Respectfully submitted,

CGA Law Firm, PC


By: /s/ *Brent C. Diefenderfer*
    Brent C. Diefenderfer, Esquire
    Sup. Ct. ID No. 93685
    135 North George Street
    York, PA 17401-1282
    Telephone: 717-848-4900
    *Counsel for Debtor*

{02179007/1}

Case 1:25-bk-03377-HWV    Doc 8    Filed 12/09/25    Entered 12/09/25 10:46:33    Desc
Main Document    Page 2 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Matthew S. Bish

Case No. 1-25-03377- HWV
Chapter 13

## ORDER EXTENDING TIME TO FILE ALL REMAINING DOCUMENTS

AND NOW, upon the consideration of the Motion filed by the Debtor seeking to have the time in which to file all remaining documents extended, it is hereby

ORDERED that the time within which the Debtor must file all remaining documents be extended an additional thirty (30) days, to January 9, 2025.

BY THE COURT,

{02179007/1}