Document ID: 38110938f0258168e06d7ca873d41ac4ca6004172b061360421b87c72ed553db

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Matthew S Bish           BK NO. 25-03377 HWV

              Debtor(s)

                               Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                     Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
09 Dec 2025, 09:43:12, EST

                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA  19106
                    215-627-1322