United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Matthew S Bish  
    Debtor

Case No. 25-03377-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Dec 11, 2025     Form ID: ntnew341     Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew S Bish, 2320 Warwick Road, York, PA 17408-4387 |
| 5761862 | + | ACCTS ADVOCA, 1001 S FOURTH STREET, HAMBURG, PA 19526-9211 |
| 5761856 | | BRENT C. DIEFENDERFER, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5761868 | + | FORREST AND JANET BISH, 281 SOUTH KEESEY, YORK, PA 17402-3410 |
| 5761857 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5761863 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 11 2025 18:47:26 | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 5761864 | + | Email/PDF: bncnotices@becket-lee.com | Dec 11 2025 18:47:25 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981535, EL PASO, TX 79998-1535 |
| 5761865 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Dec 11 2025 18:47:02 | BEST EGG, ATTN: BANKRUPCTY, PO BOX 42912, PHILADELPHIA, PA 19101-2912 |
| 5761866 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 11 2025 18:47:23 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5761867 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 11 2025 18:57:53 | CITIBANK/BEST BUY, ATTN: BANKRUPTCH DEPARTMENT, P.O.BOX 790046, ST. LOUIS, MO 63179-0046 |
| 5761858 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 11 2025 18:39:00 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5761869 | + | Email/Text: Unger@Members1st.org | Dec 11 2025 18:39:00 | MEMBERS 1ST FCU, ATTN: BANKRUPTCY, PO BOX 8893, CAMO HILL, PA 17001-8893 |
| 5761859 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 11 2025 18:40:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5761870 | + | Email/PDF: ebnotices@pnmac.com | Dec 11 2025 18:58:06 | PENNYMAC LOAN SERVICES, LLC, PENNYMAC LOAN SERVICES, LLC, ATTN: BANKR, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5761871 | + | Email/Text: cc-bankruptcy-group@robinhood.com | Dec 11 2025 18:39:31 | ROBINHOOD CREDIT, 548 MARKET ST, SAN FRANCISCO, CA 94104-5401 |
| 5761872 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2025 18:46:58 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5761861 | | Email/Text: kcm@yatb.com | Dec 11 2025 18:39:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |
| 5761873 | + | Email/Text: bkfilings@zwickerpc.com | Dec 11 2025 18:40:00 | ZWICKER & ASSOCIATES PC, 900 NORTHBROOK DR., STE 102, ATTN: |

KIRSTEN ARMSTRONG, ESQ., TREVOSE, PA 19053-8432

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5761860 | * | BRENT C. DIEFENDERFER, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5761855 | *+ | MATTHEW S BISH, 2320 WARWICK ROAD, YORK, PA 17408-4387 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 13, 2025        Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent Diefenderfer | on behalf of Debtor 1 Matthew S Bish bdiefenderfer@cgalaw.com jhall@cgalaw.com;rshearer@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Matthew S Bish,

**Debtor 1**

Chapter 13

Case No. 1:25−bk−03377−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: January 29, 2026<br><br>Time: 11:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 11, 2025 |

ntnew341 (09/23)