

| | Employee Name: | Matthew S Bish | Pay Date: | 9/5/2025 |
| --- | --- | --- | --- | --- |
| | Employee #: | 117522 | Pay Period: | 8/18/2025 - 8/31/2025 |
| | Employee Address: | 2320 Warwick Road York, PA 17408 | Deposit Advice #: | 118467532 |
| Employer Name: Regional P20, LLC | Department: | Sales | Pay Frequency: | Bi-Weekly |
| Employer Phone: 877-767-8689 | Job Title: | Vice President, Business Development | Federal Filing Status: | Single |
| | | | Federal 2c/Extra Withholding: | No/$0.00 |
| Employer Address: 2520 Renaissance Blvd, Ste 130 King of Prussia, PA 19406 | | | Local Exemptions: | (Upper Merion) |
| | | | State Filing Status: | (PA) |
| | | | State Exemptions: | (PA) |

| | Current 8/18/2025 - 8/31/2025 | | | YTD As of 8/31/2025 | |
| --- | --- | --- | --- | --- | --- |
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 80.00 | | $5,466.92 | 1,440.00 | $111,522.90 |
| Salary | 72.00 | 68.3365 | $4,920.23 | 1,284.00 | $87,744.07 |
| Commission | | | | | $9,468.34 |
| Vacation | | | | 56.00 | $3,826.84 |
| Sick/Personal | 8.00 | 68.3365 | $546.69 | 24.00 | $1,640.07 |
| Floating Holiday | | | | 16.00 | $1,093.38 |
| Holiday | | | | 48.00 | $3,280.15 |
| Bonus | | | | | $500.00 |
| Bonus - Other | | | | | $3,150.00 |
| Press Pause | | | | 12.00 | $820.05 |
| **Taxable Benefits** | | | $4.29 | | $77.22 |
| GTL | | | $4.29 | | $77.22 |
| **Memo Information** | | | $386.73 | | $9,248.76 |
| Employer Health | | | $356.75 | | $6,439.74 |
| Employer Dental | | | $3.39 | | $67.02 |
| Long Term Disability | | | $4.10 | | $73.80 |
| Short Term Disability | | | $15.23 | | $274.14 |
| Basic Life | | | $7.26 | | $130.68 |
| 409A ER Match | | | | | $2,263.38 |
| **Pre-Tax Deductions** | | | $623.21 | | $12,231.22 |
| Medical Pre-Tax | | | $23.08 | | $444.96 |
| Dental Pre-Tax | | | $11.54 | | $207.72 |
| Vision Pre-tax | | | $3.04 | | $54.72 |
| 409A | | | $546.69 | | $9,840.42 |
| 409A Commission | | | | | $478.60 |
| Med FSA | | | | | $738.48 |
| Limited Med FSA | | | $0.39 | | $4.68 |
| !!HSA Deduction | | | $38.47 | | $461.64 |
| **Taxes** | | | $1,386.81 | | $29,099.11 |
| Fed W/H | | | $748.91 | | $16,132.78 |
| FICA EE | | | $334.47 | | $6,800.65 |
| Fed MWT EE | | | $78.22 | | $1,590.47 |
| PA W/H | | | $165.49 | | $3,365.12 |
| PA UT EE | | | $3.82 | | $78.06 |
| UpMrnTwpW/H | | | $53.90 | | $1,096.03 |
| UpMrnTwpLST | | | $2.00 | | $36.00 |
| **Post-Tax Deductions** | | | $203.06 | | $3,646.44 |
| PA CHILD SUPPORT - BISH | | | $184.62 | | $3,323.16 |
| Accident | | | $4.33 | | $79.02 |
| Illness | | | $5.53 | | $84.54 |
| Vol Life | | | $8.58 | | $159.72 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $3,253.84 | | $66,546.13 |
| Direct Deposit | 031312738 | XXXXXX5994 | $3,253.84 | | |

dayforce



| Employer Name: | Regional P20, LLC | Employee Name: | Matthew S Bish | Pay Date: | 9/5/2025 |
|---|---|---|---|---|---|
| Employer Phone: | 877-767-8689 | Employee #: | 117522 | Pay Period: | 8/18/2025 - 8/31/2025 |
| Employer Address: | 2520 Renaissance Blvd, Ste 130 King of Prussia, PA 19406 | Employee Address: | 2320 Warwick Road York, PA 17408 | Deposit Advice #: | 118467532 |
| | | Department: | Sales | Pay Frequency: | Bi-Weekly |
| | | Job Title: | Vice President, Business Development | Federal Filing Status: | Single |
| | | | | Federal 2c/Extra Withholding: | No/$0.00 |
| | | | | Local Exemptions: | (Upper Merion) |
| | | | | State Filing Status: | (PA) |
| | | | | State Exemptions: | (PA) |

| Accruals & Balances | | | |
|---|---|---|---|
| Sick/Personal Balance: | 24 Hours | Sick/Personal Taken: | 8 Hours |
| Vacation Balance: | 64.01 Hours | | |
| Floating Holiday Balance: | Hours | | |
| Press Pause Balance: | 4 Hours | | |

# People 2.0

**Employer Name:** Regional P20, LLC
**Employer Phone:** 877-767-8689
**Employer Address:** 2200 Renaissance Blvd. Suite 160 King of Prussia, PA 19406

**Employee Name:** Matthew S Bish
**Employee #:** 117522
**Employee Address:** 2320 Warwick Road York, PA 17408
**Department:** Sales
**Job Title:** Vice President, Business Development

**Pay Date:** 9/19/2025
**Pay Period:** 9/1/2025 - 9/14/2025
**Deposit Advice #:** 125682009
**Pay Frequency:** Bi-Weekly
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No/$0.00
**Local Exemptions:** (Upper Merion)
**State Filing Status:** (PA)
**State Exemptions:** (PA)

|  | Current 9/1/2025 - 9/14/2025 | | | YTD As of 9/14/2025 | |
|---|---|---|---|---|---|
|  | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | | | $1,295.09 | 1,520.00 | $118,284.91 |
| Salary | | | | 1,348.00 | $92,117.61 |
| Commission | | | $1,295.09 | | $10,763.43 |
| Vacation | | | | 56.00 | $3,826.84 |
| Sick/Personal | | | | 32.00 | $2,186.76 |
| Floating Holiday | | | | 16.00 | $1,093.38 |
| Holiday | | | | 56.00 | $3,826.84 |
| Bonus | | | | | $500.00 |
| Bonus - Other | | | | | $3,150.00 |
| Press Pause | | | | 12.00 | $820.05 |
| **Taxable Benefits** | | | | | $81.51 |
| GTL | | | | | $81.51 |
| **Memo Information** | | | | | $9,635.49 |
| Employer Health | | | | | $6,796.49 |
| Employer Dental | | | | | $70.41 |
| Long Term Disability | | | | | $77.90 |
| Short Term Disability | | | | | $289.37 |
| Basic Life | | | | | $137.94 |
| 409A ER Match | | | | | $2,263.38 |
| **Pre-Tax Deductions** | | | $64.75 | | $12,919.18 |
| Medical Pre-Tax | | | | | $468.04 |
| Dental Pre-Tax | | | | | $219.26 |
| Vision Pre-tax | | | | | $57.76 |
| 409A | | | | | $10,387.11 |
| 409A Commission | | | $64.75 | | $543.35 |
| Med FSA | | | | | $738.48 |
| Limited Med FSA | | | | | $5.07 |
| !!HSA Deduction | | | | | $500.11 |
| **Taxes** | | | $423.37 | | $30,909.31 |
| Fed W/H | | | $270.67 | | $17,152.36 |
| FICA EE | | | $80.30 | | $7,215.42 |
| Fed MWT EE | | | $18.78 | | $1,687.48 |
| PA W/H | | | $39.76 | | $3,570.37 |
| PA UT EE | | | $0.91 | | $82.80 |
| UpMrnTwpW/H | | | $12.95 | | $1,162.88 |
| UpMrnTwpLST | | | | | $38.00 |
| **Post-Tax Deductions** | | | | | $3,849.50 |
| PA CHILD SUPPORT - BISH | | | | | $3,507.78 |
| Accident | | | | | $83.35 |
| Illness | | | | | $90.07 |
| Vol Life | | | | | $168.30 |
|  | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $806.97 | | $70,606.92 |
| Direct Deposit | 031312738 | XXXXXX5994 | $806.97 | | |

dayforce

Page 1 of 2

Case 1:25-bk-03377-HWV    Doc 19    Filed 01/06/26    Entered 01/06/26 16:08:16    Desc Main Document    Page 3 of 12



| Employee Name: | Matthew S Bish | Pay Date: | 9/19/2025 |
|---|---|---|---|
| Employee #: | 117522 | Pay Period: | 9/1/2025 - 9/14/2025 |
| Employee Address: | 2320 Warwick Road York, PA 17408 | Deposit Advice #: | 125682009 |
| Department: | Sales | Pay Frequency: | Bi-Weekly |
| Job Title: | Vice President, Business Development | Federal Filing Status: | Single |
| | | Federal 2c/Extra Withholding: | No/$0.00 |
| | | Local Exemptions: | (Upper Merion) |
| | | State Filing Status: | (PA) |
| | | State Exemptions: | (PA) |

**Employer Name:** Regional P20, LLC
**Employer Phone:** 877-767-8689
**Employer Address:** 2200 Renaissance Blvd. Suite 160 King of Prussia, PA 19406

### Accruals & Balances

| | | | | | |
|---|---|---|---|---|---|
| Sick/Personal Balance: | 16 Hours | | | Sick/Personal Taken: | 8 Hours |
| Vacation Balance: | 77.34 Hours | Vacation Accrued: | 13.33 Hours | | |
| Floating Holiday Balance: | Hours | | | | |
| Press Pause Balance: | 4 Hours | | | | |

dayforce

Page 2 of 2

Case 1:25-bk-03377-HWV    Doc 19    Filed 01/06/26    Entered 01/06/26 16:08:16    Desc Main Document    Page 4 of 12

| | Employee Name: | Matthew S Bish | Pay Date: | 10/17/2025 |
|---|---|---|---|---|
| **people2.0** | Employee #: | 117522 | Pay Period: | 9/29/2025 - 10/12/2025 |
| Employer Name: Regional P20, LLC | Employee Address: | 2320 Warwick Road York, PA 17408 | Deposit Advice #: | 142064519 |
| Employer Phone: 877-767-8689 | Department: | Sales | Pay Frequency: | Bi-Weekly |
| Employer Address: 2200 Renaissance Blvd. Suite 160 King of Prussia, PA 19406 | Job Title: | Vice President, Business Development | Federal Filing Status: | Single |
| | | | Federal 2c/Extra Withholding: | No/$0.00 |
| | | | Local Exemptions: | (Upper Merion) |
| | | | State Filing Status: | (PA) |
| | | | State Exemptions: | (PA) |

| | Current 9/29/2025 - 10/12/2025 | | | YTD As of 10/12/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 80.00 | | $5,466.92 | 1,680.00 | $129,218.75 |
| Salary | 72.00 | 68.3365 | $4,920.23 | 1,492.00 | $101,958.07 |
| Commission | | | | | $10,763.43 |
| Vacation | 8.00 | 68.3365 | $546.69 | 64.00 | $4,373.53 |
| Sick/Personal | | | | 40.00 | $2,733.45 |
| Floating Holiday | | | | 16.00 | $1,093.38 |
| Holiday | | | | 56.00 | $3,826.84 |
| Bonus | | | | | $500.00 |
| Bonus - Other | | | | | $3,150.00 |
| Press Pause | | | | 12.00 | $820.05 |
| **Taxable Benefits** | | | $4.29 | | $90.09 |
| GTL | | | $4.29 | | $90.09 |
| **Memo Information** | | | $386.73 | | $11,165.43 |
| Employer Health | | | $356.75 | | $7,509.99 |
| Employer Dental | | | $3.39 | | $77.19 |
| Long Term Disability | | | $4.10 | | $86.10 |
| Short Term Disability | | | $15.23 | | $319.83 |
| Basic Life | | | $7.26 | | $152.46 |
| 409A ER Match | | | | | $3,019.86 |
| **Pre-Tax Deductions** | | | $623.21 | | $14,165.60 |
| Medical Pre-Tax | | | $23.08 | | $514.20 |
| Dental Pre-Tax | | | $11.54 | | $242.34 |
| Vision Pre-tax | | | $3.04 | | $63.84 |
| 409A | | | $546.69 | | $11,480.49 |
| 409A Commission | | | | | $543.35 |
| Med FSA | | | | | $738.48 |
| Limited Med FSA | | | $0.39 | | $5.85 |
| !!HSA Deduction | | | $38.47 | | $577.05 |
| **Taxes** | | | $1,386.81 | | $33,682.94 |
| Fed W/H | | | $748.91 | | $18,650.18 |
| FICA EE | | | $334.47 | | $7,884.36 |
| Fed MWT EE | | | $78.22 | | $1,843.92 |
| PA W/H | | | $165.49 | | $3,901.35 |
| PA UT EE | | | $3.82 | | $90.45 |
| UpMrnTwpW/H | | | $53.90 | | $1,270.68 |
| UpMrnTwpLST | | | $2.00 | | $42.00 |
| **Post-Tax Deductions** | | | $203.06 | | $4,255.62 |
| PA CHILD SUPPORT - BISH | | | $184.62 | | $3,877.02 |
| Accident | | | $4.33 | | $92.01 |
| Illness | | | $5.53 | | $101.13 |
| Vol Life | | | $8.58 | | $185.46 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $3,253.84 | | $77,114.59 |
| Direct Deposit | 031312738 | XXXXXX5994 | $3,253.84 | | |

dayforce



| Employer Name: | Regional P20, LLC |
| --- | --- |
| Employer Phone: | 877-767-8689 |
| Employer Address: | 2200 Renaissance Blvd. Suite 160 King of Prussia, PA 19406 |

| Employee Name: | Matthew S Bish |
| --- | --- |
| Employee #: | 117522 |
| Employee Address: | 2320 Warwick Road York, PA 17408 |
| Department: | Sales |
| Job Title: | Vice President, Business Development |

| Pay Date: | 10/17/2025 |
| --- | --- |
| Pay Period: | 9/29/2025 - 10/12/2025 |
| Deposit Advice #: | 142064519 |
| Pay Frequency: | Bi-Weekly |
| Federal Filing Status: | Single |
| Federal 2c/Extra Withholding: | No/$0.00 |
| Local Exemptions: | (Upper Merion) |
| State Filing Status: | (PA) |
| State Exemptions: | (PA) |

### Accruals & Balances

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Sick/Personal Balance: | 8 Hours | | | | |
| Vacation Balance: | 82.68 Hours | Vacation Accrued: | 13.33 Hours | Vacation Taken: | 8 Hours |
| Floating Holiday Balance: | Hours | | | | |
| Press Pause Balance: | 4 Hours | | | | |

Page 2 of 2

Case 1:25-bk-03377-HWV    Doc 19    Filed 01/06/26    Entered 01/06/26 16:08:16    Desc
Main Document    Page 6 of 12



| Employer Name: | Regional P20, LLC | Employee Name: | Matthew S Bish | Pay Date: | 10/3/2025 |
|---|---|---|---|---|---|
| Employer Phone: | 877-767-8689 | Employee #: | 117522 | Pay Period: | 9/15/2025 - 9/28/2025 |
| Employer Address: | 2200 Renaissance Blvd. Suite 160 King of Prussia, PA 19406 | Employee Address: | 2320 Warwick Road York, PA 17408 | Deposit Advice #: | 134751269 |
| | | Department: | Sales | Pay Frequency: | Bi-Weekly |
| | | Job Title: | Vice President, Business Development | Federal Filing Status: | Single |
| | | | | Federal 2c/Extra Withholding: | No/$0.00 |
| | | | | Local Exemptions: | (Upper Merion) |
| | | | | State Filing Status: | (PA) |
| | | | | State Exemptions: | (PA) |

| | Current 9/15/2025 - 9/28/2025 | | | YTD As of 9/28/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 80.00 | | $5,466.92 | 1,600.00 | $123,751.83 |
| Salary | 72.00 | 68.3365 | $4,920.23 | 1,420.00 | $97,037.84 |
| Commission | | | | | $10,763.43 |
| Vacation | | | | 56.00 | $3,826.84 |
| Sick/Personal | 8.00 | 68.3365 | $546.69 | 40.00 | $2,733.45 |
| Floating Holiday | | | | 16.00 | $1,093.38 |
| Holiday | | | | 56.00 | $3,826.84 |
| Bonus | | | | | $500.00 |
| Bonus - Other | | | | | $3,150.00 |
| Press Pause | | | | 12.00 | $820.05 |
| **Taxable Benefits** | | | $4.29 | | $85.80 |
| GTL | | | $4.29 | | $85.80 |
| **Memo Information** | | | $1,143.21 | | $10,778.70 |
| Employer Health | | | $356.75 | | $7,153.24 |
| Employer Dental | | | $3.39 | | $73.80 |
| Long Term Disability | | | $4.10 | | $82.00 |
| Short Term Disability | | | $15.23 | | $304.60 |
| Basic Life | | | $7.26 | | $145.20 |
| 409A ER Match | | | $756.48 | | $3,019.86 |
| **Pre-Tax Deductions** | | | $623.21 | | $13,542.39 |
| Medical Pre-Tax | | | $23.08 | | $491.12 |
| Dental Pre-Tax | | | $11.54 | | $230.80 |
| Vision Pre-tax | | | $3.04 | | $60.80 |
| 409A | | | $546.69 | | $10,933.80 |
| 409A Commission | | | | | $543.35 |
| Med FSA | | | | | $738.48 |
| Limited Med FSA | | | $0.39 | | $5.46 |
| !!HSA Deduction | | | $38.47 | | $538.58 |
| **Taxes** | | | $1,386.82 | | $32,296.13 |
| Fed W/H | | | $748.91 | | $17,901.27 |
| FICA EE | | | $334.47 | | $7,549.89 |
| Fed MWT EE | | | $78.22 | | $1,765.70 |
| PA W/H | | | $165.49 | | $3,735.86 |
| PA UT EE | | | $3.83 | | $86.63 |
| UpMrnTwpW/H | | | $53.90 | | $1,216.78 |
| UpMrnTwpLST | | | $2.00 | | $40.00 |
| **Post-Tax Deductions** | | | $203.06 | | $4,052.56 |
| PA CHILD SUPPORT - BISH | | | $184.62 | | $3,692.40 |
| Accident | | | $4.33 | | $87.68 |
| Illness | | | $5.53 | | $95.60 |
| Vol Life | | | $8.58 | | $176.88 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $3,253.83 | | $73,860.75 |
| Direct Deposit | 031312738 | XXXXXX5994 | $3,253.83 | | |

dayforce

Page 1 of 2

Case 1:25-bk-03377-HWV    Doc 19    Filed 01/06/26    Entered 01/06/26 16:08:16    Desc
Main Document    Page 7 of 12



| **Employer Name:** | Regional P20, LLC |
| --- | --- |
| **Employer Phone:** | 877-767-8689 |
| **Employer Address:** | 2200 Renaissance Blvd. Suite 160 King of Prussia, PA 19406 |

| **Employee Name:** | Matthew S Bish |
| --- | --- |
| **Employee #:** | 117522 |
| **Employee Address:** | 2320 Warwick Road York, PA 17408 |
| **Department:** | Sales |
| **Job Title:** | Vice President, Business Development |

| **Pay Date:** | 10/3/2025 |
| --- | --- |
| **Pay Period:** | 9/15/2025 - 9/28/2025 |
| **Deposit Advice #:** | 134751269 |
| **Pay Frequency:** | Bi-Weekly |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **Local Exemptions:** | (Upper Merion) |
| **State Filing Status:** | (PA) |
| **State Exemptions:** | (PA) |

### Accruals & Balances

| | | | |
| --- | --- | --- | --- |
| Sick/Personal Balance: | 8 Hours | Sick/Personal Taken: | 8 Hours |
| Vacation Balance: | 77.34 Hours | | |
| Floating Holiday Balance: | Hours | | |
| Press Pause Balance: | 4 Hours | | |

# people2.0

**Employer Name:** Regional P20, LLC
**Employer Phone:** 877-767-8689
**Employer Address:** 2200 Renaissance Blvd. Suite 160 King of Prussia, PA 19406

| | |
|---|---|
| Employee Name: | Matthew S Bish |
| Employee #: | 117522 |
| Employee Address: | 2320 Warwick Road York, PA 17408 |
| Department: | Sales |
| Job Title: | Vice President, Business Development |

| | |
|---|---|
| Pay Date: | 10/17/2025 |
| Pay Period: | 9/29/2025 - 10/12/2025 |
| Deposit Advice #: | 142064681 |
| Pay Frequency: | Bi-Weekly |
| Federal Filing Status: | Single |
| Federal 2c/Extra Withholding: | No/$0.00 |
| Local Exemptions: | (Upper Merion) |
| State Filing Status: | (PA) |
| State Exemptions: | (PA) |

| | Current 9/29/2025 - 10/12/2025 | | | YTD As of 10/12/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | | | $1,055.93 | 1,680.00 | $130,274.68 |
| Salary | | | | 1,492.00 | $101,958.07 |
| Commission | | | $1,055.93 | | $11,819.36 |
| Vacation | | | | 64.00 | $4,373.53 |
| Sick/Personal | | | | 40.00 | $2,733.45 |
| Floating Holiday | | | | 16.00 | $1,093.38 |
| Holiday | | | | 56.00 | $3,826.84 |
| Bonus | | | | | $500.00 |
| Bonus - Other | | | | | $3,150.00 |
| Press Pause | | | | 12.00 | $820.05 |
| **Taxable Benefits** | | | | | $90.09 |
| GTL | | | | | $90.09 |
| **Memo Information** | | | | | $11,165.43 |
| Employer Health | | | | | $7,509.99 |
| Employer Dental | | | | | $77.19 |
| Long Term Disability | | | | | $86.10 |
| Short Term Disability | | | | | $319.83 |
| Basic Life | | | | | $152.46 |
| 409A ER Match | | | | | $3,019.86 |
| **Pre-Tax Deductions** | | | $52.80 | | $14,218.40 |
| Medical Pre-Tax | | | | | $514.20 |
| Dental Pre-Tax | | | | | $242.34 |
| Vision Pre-tax | | | | | $63.84 |
| 409A | | | | | $11,480.49 |
| 409A Commission | | | $52.80 | | $596.15 |
| Med FSA | | | | | $738.48 |
| Limited Med FSA | | | | | $5.85 |
| !!HSA Deduction | | | | | $577.05 |
| **Taxes** | | | $345.19 | | $34,028.13 |
| Fed W/H | | | $220.69 | | $18,870.87 |
| FICA EE | | | $65.47 | | $7,949.83 |
| Fed MWT EE | | | $15.31 | | $1,859.23 |
| PA W/H | | | $32.42 | | $3,933.77 |
| PA UT EE | | | $0.74 | | $91.19 |
| UpMrnTwpW/H | | | $10.56 | | $1,281.24 |
| UpMrnTwpLST | | | | | $42.00 |
| **Post-Tax Deductions** | | | | | $4,255.62 |
| PA CHILD SUPPORT - BISH | | | | | $3,877.02 |
| Accident | | | | | $92.01 |
| Illness | | | | | $101.13 |
| Vol Life | | | | | $185.46 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $657.94 | | $77,772.53 |
| Direct Deposit | 031312738 | XXXXXX5994 | $657.94 | | |



| Employer Name: | Regional P20, LLC |
| --- | --- |
| Employer Phone: | 877-767-8689 |
| Employer Address: | 2200 Renaissance Blvd. Suite 160 King of Prussia, PA 19406 |

| Employee Name: | Matthew S Bish |
| --- | --- |
| Employee #: | 117522 |
| Employee Address: | 2320 Warwick Road York, PA 17408 |
| Department: | Sales |
| Job Title: | Vice President, Business Development |

| Pay Date: | 10/17/2025 |
| --- | --- |
| Pay Period: | 9/29/2025 - 10/12/2025 |
| Deposit Advice #: | 142064681 |
| Pay Frequency: | Bi-Weekly |
| Federal Filing Status: | Single |
| Federal 2c/Extra Withholding: | No/$0.00 |
| Local Exemptions: | (Upper Merion) |
| State Filing Status: | (PA) |
| State Exemptions: | (PA) |

### Accruals & Balances

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Sick/Personal Balance: | 8 Hours | | | | |
| Vacation Balance: | 82.68 Hours | Vacation Accrued: | 13.33 Hours | Vacation Taken: | 8 Hours |
| Floating Holiday Balance: | Hours | | | | |
| Press Pause Balance: | 4 Hours | | | | |

**people2.0**

**Employer Name:** Regional P20, LLC
**Employer Phone:** 877-767-8689
**Employer Address:** 2200 Renaissance Blvd. Suite 160 King of Prussia, PA 19406

| | | | |
|---|---|---|---|
| **Employee Name:** | Matthew S Bish | **Pay Date:** | 10/31/2025 |
| **Employee #:** | 117522 | **Pay Period:** | 10/13/2025 - 10/26/2025 |
| **Employee Address:** | 2320 Warwick Road York, PA 17408 | **Deposit Advice #:** | 149693411 |
| **Department:** | Sales | **Pay Frequency:** | Bi-Weekly |
| **Job Title:** | Vice President, Business Development | **Federal Filing Status:** | Single |
| | | **Federal 2c/Extra Withholding:** | No/$0.00 |
| | | **Local Exemptions:** | (Upper Merion) |
| | | **State Filing Status:** | (PA) |
| | | **State Exemptions:** | (PA) |

| | Current 10/13/2025 - 10/26/2025 | | | YTD As of 10/26/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 80.00 | | $5,466.92 | 1,760.00 | $135,741.60 |
| Salary | 72.00 | 68.3365 | $4,920.23 | 1,564.00 | $106,878.30 |
| Commission | | | | | $11,819.36 |
| Vacation | | | | 64.00 | $4,373.53 |
| Sick/Personal | 8.00 | 68.3365 | $546.69 | 48.00 | $3,280.14 |
| Floating Holiday | | | | 16.00 | $1,093.38 |
| Holiday | | | | 56.00 | $3,826.84 |
| Bonus | | | | | $500.00 |
| Bonus - Other | | | | | $3,150.00 |
| Press Pause | | | | 12.00 | $820.05 |
| **Taxable Benefits** | | | $4.29 | | $94.38 |
| GTL | | | $4.29 | | $94.38 |
| **Memo Information** | | | $386.73 | | $11,552.16 |
| Employer Health | | | $356.75 | | $7,866.74 |
| Employer Dental | | | $3.39 | | $80.58 |
| Long Term Disability | | | $4.10 | | $90.20 |
| Short Term Disability | | | $15.23 | | $335.06 |
| Basic Life | | | $7.26 | | $159.72 |
| 409A ER Match | | | | | $3,019.86 |
| **Pre-Tax Deductions** | | | $623.21 | | $14,841.61 |
| Medical Pre-Tax | | | $23.08 | | $537.28 |
| Dental Pre-Tax | | | $11.54 | | $253.88 |
| Vision Pre-tax | | | $3.04 | | $66.88 |
| 409A | | | $546.69 | | $12,027.18 |
| 409A Commission | | | | | $596.15 |
| Med FSA | | | | | $738.48 |
| Limited Med FSA | | | $0.39 | | $6.24 |
| !!HSA Deduction | | | $38.47 | | $615.52 |
| **Taxes** | | | $1,386.83 | | $35,414.96 |
| Fed W/H | | | $748.91 | | $19,619.78 |
| FICA EE | | | $334.47 | | $8,284.30 |
| Fed MWT EE | | | $78.23 | | $1,937.46 |
| PA W/H | | | $165.49 | | $4,099.26 |
| PA UT EE | | | $3.83 | | $95.02 |
| UpMrnTwpW/H | | | $53.90 | | $1,335.14 |
| UpMrnTwpLST | | | $2.00 | | $44.00 |
| **Post-Tax Deductions** | | | $203.06 | | $4,458.68 |
| PA CHILD SUPPORT - BISH | | | $184.62 | | $4,061.64 |
| Accident | | | $4.33 | | $96.34 |
| Illness | | | $5.53 | | $106.66 |
| Vol Life | | | $8.58 | | $194.04 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $3,253.82 | | $81,026.35 |
| Direct Deposit | 031312738 | XXXXXX5994 | $3,253.82 | | |

**dayforce**



| Employer Name: | Regional P20, LLC |
| --- | --- |
| Employer Phone: | 877-767-8689 |
| Employer Address: | 2200 Renaissance Blvd. Suite 160 King of Prussia, PA 19406 |

| | |
| --- | --- |
| Employee Name: | Matthew S Bish |
| Employee #: | 117522 |
| Employee Address: | 2320 Warwick Road York, PA 17408 |
| Department: | Sales |
| Job Title: | Vice President, Business Development |

| | |
| --- | --- |
| Pay Date: | 10/31/2025 |
| Pay Period: | 10/13/2025 - 10/26/2025 |
| Deposit Advice #: | 149693411 |
| Pay Frequency: | Bi-Weekly |
| Federal Filing Status: | Single |
| Federal 2c/Extra Withholding: | No/$0.00 |
| Local Exemptions: | (Upper Merion) |
| State Filing Status: | (PA) |
| State Exemptions: | (PA) |

### Accruals & Balances

| | | | |
| --- | --- | --- | --- |
| Sick/Personal Balance: | Hours | Sick/Personal Taken: | 8 Hours |
| Vacation Balance: | 82.68 Hours | | |
| Floating Holiday Balance: | Hours | | |
| Press Pause Balance: | 4 Hours | | |

dayforce

Page 2 of 2

Case 1:25-bk-03377-HWV    Doc 19    Filed 01/06/26    Entered 01/06/26 16:08:16    Desc
Main Document    Page 12 of 12