UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| MATTHEW S BISH, : | |
|     Debtor : | CHAPTER 13 |
| : | |
| JACK N. ZAHAROPOULOS : | |
| STANDING CHAPTER 13 TRUSTEE : | |
|     Movant : | CASE NO. 1-25-BK-03377-HWV |
| : | |
| MATTHEW S BISH, : | |
|     Respondent : | |

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 29th day of January 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

    1. Debtor(s)' Plan violates 11 U.S.C. § 1322(a)(1) and § 1325(b) in that Debtor(s) has not submitted all or such portion of the disposable income to Trustee as required. More specifically,

Trustee alleges, and therefore avers, that Debtor(s)' disposable income is greater than that of which is committed to the Plan based upon the Means Test calculation and specifically disputes the following amounts:

    a. Plan payment calculation sum of Lines 34, 35, 36 and 45.
    b. Household size
    c. Line 43 – Spouse's 401k contribution is not a proper deduction for special circumstances.

    2. Debtor has not provided Trustee with information needed in order for Trustee to comply with § 1302(b)(6).

[The remainder of the page has been left intentionally blank.]

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of Debtor(s)' Plan.
b. Dismiss or convert Debtor(s)' case.
c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Agatha R. McHale
Attorney for Trustee

CERTIFICATE OF SERVICE

       AND NOW, this 29th day of January 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

BRENT DIEFENDERFER ESQUIRE
CGA LAW FIRM
135 NORTH GEORGE STREET
YORK, PA 17401-

                                                /s/Ashley Schott
                                                Office of Jack N. Zaharopoulos
                                                Standing Chapter 13 Trustee