United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 25-03377-HWV
Matthew S Bish  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Jan 29, 2026     Form ID: ntcnfhrg     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew S Bish, 2320 Warwick Road, York, PA 17408-4387 |
| 5761862 | + | ACCTS ADVOCA, 1001 S FOURTH STREET, HAMBURG, PA 19526-9211 |
| 5761856 | | BRENT C. DIEFENDERFER, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5761868 | + | FORREST AND JANET BISH, 281 SOUTH KEESEY, YORK, PA 17402-3410 |
| 5761857 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Jan 29 2026 18:46:00 | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 5761863 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 29 2026 18:51:09 | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 5761864 | + | Email/PDF: bncnotices@becket-lee.com | Jan 29 2026 18:51:09 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981535, EL PASO, TX 79998-1535 |
| 5772452 | + | Email/Text: bkfilings@zwickerpc.com | Jan 29 2026 18:46:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 5761865 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jan 29 2026 18:51:09 | BEST EGG, ATTN: BANKRUPCTY, PO BOX 42912, PHILADELPHIA, PA 19101-2912 |
| 5761866 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 29 2026 18:51:09 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5761867 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2026 18:51:14 | CITIBANK/BEST BUY, ATTN: BANKRUPTCH DEPARTMENT, P.O.BOX 790046, ST. LOUIS, MO 63179-0046 |
| 5774885 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2026 19:01:41 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5761858 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 29 2026 18:46:00 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5776528 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 29 2026 18:46:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5771892 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 29 2026 18:46:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5761869 | + | Email/Text: Unger@Members1st.org | Jan 29 2026 18:45:00 | MEMBERS 1ST FCU, ATTN: BANKRUPTCY, PO BOX 8893, CAMO HILL, PA 17001-8893 |
| 5761859 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 29 2026 18:46:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5770499 | + | Email/PDF: ebnotices@pnmac.com | Jan 29 2026 18:51:19 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5761870 | + | Email/PDF: ebnotices@pnmac.com | Jan 29 2026 18:51:19 | PENNYMAC LOAN SERVICES, LLC, PENNYMAC LOAN SERVICES, LLC, ATTN: BANKR, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5774594 | | Email/Text: bnc-quantum@quantum3group.com | Jan 29 2026 18:46:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5761871 | + | Email/Text: cc-bankruptcy-group@robinhood.com | Jan 29 2026 18:46:17 | ROBINHOOD CREDIT, 548 MARKET ST, SAN FRANCISCO, CA 94104-5401 |
| 5776536 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2026 18:51:19 | Resurgent Capital Services, as servicing agent for Best Egg, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5776429 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2026 18:51:14 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5761872 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2026 18:51:17 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5772208 | + | Email/Text: bankruptcynotification@wellspan.org | Jan 29 2026 18:46:00 | Wellspan Health, P O Box 15119, York, PA 17405-7119 |
| 5761861 | | Email/Text: kcm@yatb.com | Jan 29 2026 18:45:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |
| 5761873 | + | Email/Text: bkfilings@zwickerpc.com | Jan 29 2026 18:46:00 | ZWICKER & ASSOCIATES PC, 900 NORTHBROOK DR., STE 102, ATTN: KIRSTEN ARMSTRONG, ESQ., TREVOSE, PA 19053-8432 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5761860 | * | BRENT C. DIEFENDERFER, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5761855 | *+ | MATTHEW S BISH, 2320 WARWICK ROAD, YORK, PA 17408-4387 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2026   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed

**below:**

| Name | Email Address |
| --- | --- |
| Brent Diefenderfer | on behalf of Debtor 1 Matthew S Bish bdiefenderfer@cgalaw.com jhall@cgalaw.com;rshearer@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Matthew S Bish,   Chapter   13

**Debtor 1**

Case No.   1:25−bk−03377−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**February 25, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: March 4, 2026<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 29, 2026 |

ntcnfhrg (08/21)