Certificate Number: 05781-PAM-DE-040687138

Bankruptcy Case Number: 25-03377



05781-PAM-DE-040687138

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 3, 2026, at 3:19 o'clock PM PST, Matthew Bish completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 3, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President