## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MATTHEW S BISH

CASE NO: 25-03377

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13
Judge: Judge Van Eck

On 6/11/2026, I did cause a copy of the following documents, described below,

Order Confirming Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/11/2026

/s/ /s/ Brent C. Diefenderfer
/s/ Brent C. Diefenderfer  96385

CGA Law Firm
135 North George Street
York, PA 17401
717-848-4900
jhall@cgalaw.com

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MATTHEW S BISH

CASE NO: 25-03377

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
Judge: Judge Van Eck

On 6/11/2026, a copy of the following documents, described below,

Order Confirming Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/11/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
/s/ Brent C. Diefenderfer
CGA Law Firm
135 North George Street
York, PA 17401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-03377
MIDDLE DISTRICT OF PENNSYLVANIA
THU JUN 11 10-24-13 PST 2026

AMERICAN EXPRESS NATIONAL BANK CO ZWICKER
80 MINUTEMAN ROAD
PO BOX 9043
ANDOVER  MA 01810-0943

EXCLUDE

(U)PENNYMAC LOAN SERVICES  LLC

EXCLUDE

US BANKRUPTCY COURT
SYLVIA H RAMBO US COURTHOUSE
1501 N 6TH STREET
HARRISBURG  PA 17102-1104

ACCTS ADVOCA
1001 S FOURTH STREET
HAMBURG  PA 19526-9211

AFFIRM  INC
ATTN BANKRUPTCY
650 CALIFORNIA ST  FL 12
SAN FRANCISCO  CA 94108-2716

AMEX
CORRESPONDENCEBANKRUPTCY
PO BOX 981535
EL PASO  TX 79998-1535

AMERICAN EXPRESS NATIONAL BANK  AENB
CO ZWICKER AND ASSOCIATES  PC
ATTORNEYSAGENTS FOR CREDITOR
PO BOX 9043
ANDOVER  MA 01810-0943

BEST EGG
ATTN BANKRUPCTY
PO BOX 42912
PHILADELPHIA  PA 19101-2912

BRENT C DIEFENDERFER
CGA LAW FIRM
135 NORTH GEORGE STREET
YORK  PA 17401-1132

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CITIBANKBEST BUY
ATTN BANKRUPTCH DEPARTMENT
POBOX 790046
ST LOUIS  MO 63179-0046

CITIBANK NA
CITIBANK  NA
5800 S CORPORATE PL
SIOUX FALLS  SD  57108-5027

FORREST AND JANET BISH
281 SOUTH KEESEY
YORK  PA 17402-3410

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

EXCLUDE

DEBTOR

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

(D)(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

MATTHEW S BISH
2320 WARWICK ROAD
YORK  PA 17408-4387

MEMBERS 1ST FCU
ATTN BANKRUPTCY
PO BOX 8893
CAMO HILL  PA 17001-8893

MEMBERS 1ST FCU
PO BOX 8893
CAMP HILL  PA 17001-8893

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG  PA 17128-0946

PENNYMAC LOAN SERVICES  LLC
PO BOX 2410
MOORPARK  CA 93020-2410

PENNYMAC LOAN SERVICES  LLC
PENNYMAC LOAN SERVICES  LLC  ATTN BANKR
PO BOX 514387
LOS ANGELES  CA 90051-4387

QUANTUM3 GROUP LLC AS AGENT FOR
VELOCITY INVESTMENTS LLC
PO BOX 788
KIRKLAND  WA  98083-0788

ROBINHOOD CREDIT
548 MARKET ST
SAN FRANCISCO  CA 94104-5401

RESURGENT CAPITAL SERVICES
AS SERVICING AGENT FOR BEST EGG
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

RESURGENT RECEIVABLES  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

SECRETARY OF TREASURY
15TH PENN AVENUE NW
WASHINGTON DC 20220-0001

SYNCHRONY BANKAMAZON
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N 6TH ST
HARRISBURG PA 17102-1104

WELLSPAN HEALTH
P O BOX 15119
YORK PA 17405-7119

YORK ADAMS TAX BUREAU
P O BOX 15627
YORK PA 17405-0156

ZWICKER ASSOCIATES PC
900 NORTHBROOK DR STE 102
ATTN KIRSTEN ARMSTRONG ESQ
TREVOSE PA 19053-8432

EXCLUDE

BRENT DIEFENDERFER
CGA LAW FIRM
135 NORTH GEORGE STREET
YORK PA 17401-1132

(P)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

(D)MATTHEW S BISH
2320 WARWICK ROAD
YORK PA 17408-4387