IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Matthew Bish, | : | |
| Debtor | : | Case No. 1:25-bk-03377-HWV |

CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2026, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following Filing Users:

Jack N Zaharopoulos, Ch. 13 Trustee

Matthew Fissel, Esq., Counsel for PennyMac

*/s/ Brent C. Diefenderfer*
Brent C. Diefenderfer, Esquire
Sup. Ct. ID No. 93685